

462 Seventh Ave Fl 6
New York, NY 10018
Phone: (212) 500-1891
Fax: (917) 591-0289
E-mail: james@thelawyerjames.com
Website: www.thelawyerjames.com

September 21, 2023

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.**  9/22/23

**VIA ECF FILING**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    **Re:**    **FDIC as Receiver for Signature Bridge Bank v. Concordia et al
Docket No. 1:23-cv-07222-VSB**

Judge Broderick:

    This firm represents Defendants Cynthia E. Concordia and Dream to Rise LLC ("Defendants") in the above-referenced matter and I am writing this letter motion for leave to adjourn the deadline to re-file Defendants' Motion to Dismiss that was previously filed in state court (ECF 1-9 to 1-34) from September 22, 2023 to September 26, 2023 as my client is currently traveling and unavailable. Plaintiff does not oppose this application.

    Thank you for your consideration.

    Respectfully yours,

    [signature]

    Jason R. Mischel
    Attorney for Defendants

cc: Counsel for Plaintiff (VIA ECF FILING)

*strategic thinking ▪ practical solutions*