**Ex. A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------- x
SIGNATURE BANK,                          )    Index No.
                                         )
              Plaintiff,                 )    **SUMMONS**
                                         )    Venue is proper pursuant to
      v.                                 )    § 503(a) of NY CPLR
                                         )
CYNTHIA E. CONCORDIA                     )
AND DREAM TO RISE LLC,                   )
                                         )    **JURY TRIAL DEMANDED**
              Defendants.                )
---------------------------------------------- x

TO: THE ABOVE-NAMED DEFENDANTS:

*YOU ARE HEREBY SUMMONED* to answer the complaint of the plaintiff herein and to serve a copy of your answer on the plaintiff at the address indicated below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Defendants' addresses:

Cynthia Concordia                        Dream to Rise LLC
4480 Market Commons Drive                4480 Market Commons Drive
Unit 211                                 Unit 211
Fairfax, Virginia 22033                  Fairfax, Virginia 22033

Dated: November 16, 2021

                                                   **MEYNER AND LANDIS LLP**

                                                *Catherine Pastrikos Kelly*
By:   David Grantz, Esq.
        Catherine Pastrikos Kelly, Esq.
        100 Park Avenue, 16th Floor
        New York, New York 10016
        973-602-3423 (t)
        *Attorneys for Plaintiff Signature Bank*

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

| | |
|---|---|
| SIGNATURE BANK, | INDEX NO.: 656524/2021 |
| Plaintiff, | **FIRST AMENDED COMPLAINT** |
| v. | |
| CYNTHIA E. CONCORDIA and DREAM TO RISE LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

Plaintiff Signature Bank ("**Signature**"), by its attorneys Meyner and Landis LLP, as and for its First Amended Complaint against Defendants Cynthia E. Concordia ("**Concordia**") and Dream to Rise LLC ("**Dream to Rise**" and together with Concordia, "**Defendants**"), alleges as follows:

### I.     PARTIES

1.     Signature is a New York State-chartered bank with a principal place of business at 565 Fifth Avenue, 8th Floor, New York New York 10017.

2.     On information and belief, at all relevant times, Defendant Concordia was an individual residing at 4480 Market Commons Drive, Unit 211, Fairfax, Virginia 22033.

3.     On information and belief, at all relevant times, Defendant Dream to Rise was a company established pursuant to the laws of Virginia with its principal place of business at 4480 Market Commons Drive, Unit 211, Fairfax, Virginia 22033, which is Concordia's home address.

1

## II. VENUE

4. New York County is selected as the place of trial for this action because Signature resides in New York County and transacts business in New York County.

## III. FACTS

5. On or before June 11, 2021, Signature's customer, non-party Sleepy Hollow Local Development Corporation ("**Sleepy Hollow**"), was the victim of a business email compromise which ultimately resulted in fraudulent wire transfers totaling in the aggregate $2,270,326.50 from Sleepy Hollow's Signature account ending in -0923.

6. The $2,270,326.50 from Sleepy Hollow's Signature account, was transferred in part to TD Bank, N.A. ("**TD Bank**") and the remainder to JP Morgan Chase Bank, N.A. ("**Chase**").

7. Specifically, TD Bank received $1,445,326.50 and Chase received $825,000 ("**Fraudulent Funds**").

8. On June 11, 2021, Chase accepted the Fraudulent Funds for deposit into Dream to Rise's Chase account ending in -0585 (the "**Dream to Rise Chase Account**").

9. Concordia opened the Dream to Rise Chase Account on April 30, 2021, and has maintained and controlled it since that date.

10. On Monday, June 14, 2021, Signature identified the fraudulent transactions and began to take measures to secure the return of the misappropriated funds from TD Bank and Chase.

11. On June 14, 2021, Signature contacted both TD Bank and Chase and informed both that Signature's client Sleepy Hollow had been the victim of a business email compromise involving fraudulent wire transactions to TD Bank and Chase.

12. On June 14, 2021, Signature, through its Corporate Security Department, requested that TD Bank and Chase immediately take appropriate action to ensure the misappropriated funds from the fraudulent transactions be preserved so the misappropriated funds could be returned.

13. Upon information and belief, TD Bank froze the available funds and arranged for those funds to be returned. Subsequently, funds were returned.

14. On June 14, 2021, Chase's Global Security Department advised Signature it would restrain the Fraudulent Funds held in the Dream to Rise Chase Account.

15. On June 14, 2021, Signature issued a Hold Harmless Letter to Chase to ensure Chase that it would be protected by Signature for actions Chase took to recoup or restrain the funds, including indemnifying and holding Chase harmless from any claims by Chase's customer against Chase.

16. Chase communicated to Signature that it had secured most of the Fraudulent Funds; however, the Fraudulent Funds were not returned in full to Signature.

17. On June 14, 2021, Concordia and Dream to Rise used $380,000.00 of the Fraudulent Funds in the Dream to Rise Chase Account to purchase a cashier's check, which Concordia deposited in an account in Concordia's name at Wells Fargo Bank.

18. Also on June 14, 2021, Concordia opened a checking account at Chase in her own name ("**Concordia's Personal Chase Checking Account**").

19. Concordia withdrew $250,000 of the Fraudulent Funds in the Dream to Rise Chase Account and deposited it in Concordia's Personal Chase Checking Account.

20. Of the $825,000.000 in Fraudulent Funds, Chase recovered $446,985.00 and returned same to Signature.

3

21. On information and belief, on or about July 13, 2021, Chase spoke to Concordia and requested that she return the remaining $378,015.00 in Fraudulent Funds.

22. Concordia and Dream to Rise did not comply with Chase's request to return the $378,015.00 to Signature.

23. Thus, Concordia and Dream to Rise continue to hold $378,015.00 of the Fraudulent Funds.

24. Signature reimbursed Sleepy Hollow for the funds that had been fraudulently misappropriated, including all of the funds that were wired to TD Bank and to Chase.

25. Pursuant to an Assignment of Claims, Sleepy Hollow assigned and transferred to Signature Bank any and all claims, demands, and causes or action of any kind that Sleepy Hollow may have against Concordia and Dream to Rise. A true and correct copy of the Assignment of Claims is attached as **Exhibit 1**.

### IV. CAUSES OF ACTION

#### FIRST CAUSE OF ACTION: UNJUST ENRICHMENT

26. Signature repeats and realleges the above paragraphs of the Complaint as if fully set forth herein.

27. Concordia and Dream to Rise received the Fraudulent Funds without any authorization from Signature and/or Sleepy Hollow and refused to return them.

28. Thus, Concordia and Dream to Rise have taken possession, custody and control over the Fraudulent Funds.

29. Concordia and Dream to Rise have been unjustly enriched by the Fraudulent Funds and it is against equity and good conscience to permit Concordia and Dream to Rise to retain the Fraudulent Funds.

30. As a result of Concordia and Dream to Rise's unjust enrichment from the Fraudulent Funds, Signature has been damaged.

## SECOND CAUSE OF ACTION: CONVERSION

31. Signature repeats and realleges the above paragraphs of the Complaint as if fully set forth herein.

32. The Fraudulent Funds were transferred from Sleepy Hollow's account at Signature and Signature has reimbursed Sleepy Hollow the funds that were improperly transferred from Sleepy Hollow's Signature account.

33. Concordia and Dream to Rise are now in the possession, custody and control of the Fraudulent Funds, which were obtained unlawfully and without authorization from Sleepy Hollow and/or Signature.

34. On information and belief, on or about July 13, 2021, Chase requested that Concordia and Dream to Rise return the remaining $378,015.00 in Fraudulent Funds.

35. Concordia and Dream to Rise, however, failed and/or refused to return the $378,015.00 to Chase.

36. Accordingly, Signature has been damaged in an amount to be determined at trial by Concordia and Dream to Rise's conversion of the $378,015.00 in Fraudulent Funds.

**WHEREFORE**, Signature respectfully requests that the Court enter judgment in Signature's favor and against Defendants, as follows:

1. In the amount of $378,015.00, plus interest;
2. Other damages in favor of Signature in an amount to be determined at trial;
3. For punitive damages in favor of Signature in an amount to be determined at trial;
4. For attorneys' fees and costs necessary to this action;

5

5. Such other relief as the Court deems just and proper.

DATED: February 8, 2022

By: *David B. Grantz*
David B. Grantz, Esq.
Catherine Pastrikos Kelly, Esq.
**MEYNER AND LANDIS LLP**
100 Park Avenue, 16th Floor
New York, New York 10017
Phone: (973) 602-3423
Fax: (973) 624-0356

*Attorneys for Plaintiff
Signature Bank*

1

## ASSIGNMENT OF CLAIMS

BE IT KNOWN, for value received, the undersigned hereby unconditionally and irrevocably assigns and transfers unto Signature Bank ("Assignee") and its successors, assigns and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which the undersigned has or may have against Cynthia E. Concordia, Dream to Rise, LLC, JP Morgan Chase Bank, N.A. and Wells Fargo Bank N.A. arising from the fraudulent wire transfers that occurred on or about June 11, 2021 emanating from Sleepy Hollow Local Development Corporation's ("Assignor") account at Signature Bank ending in 0923 in the amount of $2,270,326.50 (hereinafter the "Claims").

The Assignee may in its own name, at its own expense, and for its own benefit prosecute the Claims and collect, settle, compromise, and grant releases on said Claims as it, in its sole discretion, deems advisable, provided the undersigned shall reasonably assist and cooperate in the prosecution of said Claims to the extent required or requested. Assignee shall be entitled to all judgments, awards and payments thereon.

The undersigned warrants it has full right and authority to assign the Claims and that said Claims are free and clear of any lien, encumbrance or other adverse interest. Assignor disclaims any representation as to the merits or collectability of such claim.

This assignment shall be binding upon and inure to the benefit of the parties, their successors, assigns and personal representatives.

Signed this __26__ day of January, 2022

_____[signature]_____
Sleepy Hollow Local Development Corporation
By: ANTHONY GIACCIO
Title: C.E.O.

### Corporate Acknowledgment

State of New York      )
                       ) ss.:
County of Westchester  )

On the 26th day of January in the year 2022, before me, the undersigned, personally came Anthony Giaccio (signer) to me known, who, being by me duly sworn, did depose and say that he/she/they Anthony G. reside(s) at Hawthorne, NY _____ (address); that he/she/they is/are the Village Administrator (title, such as president or other officer or director or attorney-in-fact duly appointed) of the Village of Sleepy Hollow LDC (name of corporation), the corporation described in and which executed the above instrument; and that he/she/they signed his/her/their name thereto by authority of the board of directors of said corporation.

_____[signature]_____
(Notary Public)

PAULA A MCCARTHY
Notary Public - State of New York
NO. 01MC6198640
Qualified in Westchester County
My Commission Expires 2/5/25