UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FDIC as Receiver for Signature Bridge Bank,

    Plaintiff,

- against -

CYNTHIA E. CONCORDIA and DREAM TO RISE LLC,

    Defendants.

Civil Action No.: 1:23-cv-07222-VSVB

Hon. Vernon S. Broderick, USDJ

**AFFIDAVIT OF CYNTHIA E. CONCORDIA IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. §12(b)(6)**

---

STATE OF VIRGINIA    )
                             )ss.#
COUNTY OF FAIRFAX   )

CYNTHIA E. CONCORDIA, being duly sworn, hereby deposes and says:

1. I am a Defendant in this matter and I make this Affidavit in support of Defendants' Motion to Dismiss the Amended Complaint (the "Amend. Compl.") of Plaintiff FDIC as Receiver of Signature Bridge Bank ("Plaintiff") Pursuant to Fed. R. Civ. P. §12(b)(6).

2. I am fully familiar with the facts in this matter.

3. I am the sole shareholder of Defendant Dream to Rise LLC ("Dream").

4. In or around January 2019, an individual by the name of "Mason Brown Thutill" connected with me on LinkedIn, who later: (i) represented to me that his real name was Brian Haugen ("Brian"), a representative of an entity called "Blockchain" ("Blockchain"); (ii) represented to me that I could earn money by allegedly investing in

bitcoin; and (iii) provided me with instructions to allegedly purchase the bitcoin by making payments to entities known as "Simplex" and "Paybis".

5.  Between January 2019 and December 2020, I, as consideration for the opportunity to earn money by investing in bitcoin, wired a total of $47,248.00 to "Simplex" and "Paybis" for what I deemed to be an investment to Blockchain (the "Concordia Consideration," true and correct copies of bank statements representing the Concordia Consideration of which are attached as Ex. A).

6.  On September 4, 2019, I received confirmation from Blockchain by email (the "9/4/19 Blockchain Email," a true and correct copy of which is attached as Ex. B) that Blockchain received "$14,000.00" of the Concordia Consideration (Ex. B).

7.  Upon information and belief, Brian rounded up the actual amount of $13,534.00 I had actually wired to "Simplex" and "Paybis" to $14,000.00 in the 9/14/19 Blockchain Email.

8.  On September 30, 2020, I, as the sole shareholder of Dream, registered Dream as a limited liability company in Virginia.

9.  On or around March 30, 2021, I received a Blockchain email (the "3/30/21 Blockchain Email," a true and correct copy of which is attached as Ex. C) with a subject line "Level 9 Upgrade!" that referred me to an individual calling himself "Annalist Sagor" ("Annalist") who represented himself as the Vice President of Blockchain and who would be in charge of transferring my return on my investment to me (Ex. C).

10. On April 30, 2021, at the direction of Brian and Annalist, I: (i) opened an account at JPMorgan Chase Bank, N.A. ("Chase") in the name of Dream (the "Dream Chase Bank Account") in order for me to be wired money to purchase bitcoin in

exchange for the Concordia Consideration and (ii) immediately deposited $2,000.00 into the Dream Chase Bank Account (the "4/30/21 Dream Chase Bank Account Opening and Deposit," a true and correct copy of which is attached as Ex. D) (Ex. D).

11. On May 6, 2021, at the direction of Brian and Annalist, I opened an account at Wells Fargo Bank ("Wells Fargo") in the name of Dream (the "Dream Wells Fargo Bank Account") after executing a business account application (the "Dream Wells Fargo Bank Account Business Account Application," a true and correct copy of which is attached as Ex. E) in order for me to be wired money to purchase bitcoin in exchange for the Concordia Consideration (Ex. E).

12. After Brian requested that I add $15,000.00 to the Concordia Consideration, I requested that an official letter be provided by Blockchain that would confirm my investments were legal and valid.

13. On June 1, 2021, Brian sent an email to me with a purported official letter from Blockchain (the "6/1/21 Blockchain Email and Confirmation Letter," a true and correct copy of which is attached as Ex. F) that: (i) was allegedly signed by a "Peter Smith" as the "CEO and Co-Founder" of Blockchain; and (ii) confirmed to me that my investments were legal and valid (Ex. F).

14. On June 1, 2021: (i) I, in a text to Annalist and in reference to the Dream Chase Bank Account, the Dream Wells Fargo Account and my bitcoin investments including the Concordia Consideration, stated "Please assure me that nothing bad is going to happen to me and my investments. Okay?"; and (b) Annalist replied to me in a text stating "I promise you Cynthia and I can guarantee you" (the "6/1/21 Text Chain," a true and correct copy of which is attached as Ex. G) (Ex. G).

15. On or around June 11, 2021, I, in exchange for the Concordia Consideration, received a wire transfer in the Dream Chase Bank Account in the amount of $825,000.00 (the "$825,000.00 Wire Transfer"), which Brian and Annalist stated was a transfer from Blockchain.

16. On June 13, 2021: (i) I, in a text to Annalist and in reference to the Dream Chase Bank Account, the Dream Wells Fargo Account and my bitcoin investments, including the Concordia Consideration, stated "Is this valid and legal?"; and (ii) Annalist, in reply, sent me a text that stated "Yes it is" (the "6/13/21 Text Chain," a true and correct copy of which is attached as Ex. H) (Ex. H).

17. On or around June 14, 2021, I was instructed by Brian: (i) to execute a cashier's check on the Dream Chase Bank Account in the amount of $380,000.00 (the "$380,000.00 Cashier's Check") and deposit it in the Dream Wells Fargo Account; (ii) to open a personal account at Wells Fargo (the "Concordia Wells Fargo Account"); (iii) to transfer $374,000.00 from the Dream Wells Fargo Account to the Concordia Wells Fargo Account; and (iv) to wire transfer $369,000.00 from the Concordia Wells Fargo Account to an entity called "Binance a/k/a Prime Trust LLC" ("Prime Trust LLC") (the "$369,000.00 Wire Transfer"), all of which so that I could then purchase bitcoin in the amount of $365,000.00 using a "Blockchain Wallet ID".

18. On June 14, 2021, I: (i) executed the $380,000.00 Cashier's Check on the Dream Chase Bank Account; and (ii) deposited the $380,000.00 Cashier's Check in the Dream Wells Fargo Account.

19. On June 23, 2021, I transferred $374,000.00 from the Dream Wells Fargo Account to the Concordia Wells Fargo Account.

20. On June 23, 2021: (i) I, in texts to Annalist and in reference to the Concordia Chase Bank Account, the Concordia Wells Fargo Account and my bitcoin investments, stated: a) "Brian instructed me to transfer $369,000 to my Wells Fargo personal account. Then wire it to Binance"; and b) "Now trying to do wire transfer in the amount of $369k. There is a wire transfer fee of $30"; and (ii) Annalist, in reply, sent me a text that stated "Proceed" (the "6/23/21 Text Chain," a true and correct copy of which is attached as Ex. I) (Ex. I).

21. On June 23, 2021, I transferred the $369,000.00 from the Concordia Wells Fargo Account to Prime Trust, LLC.

22. On July 2, 2021, Chase Bank closed the Dream Chase Bank Account after, upon information and belief, returning the balance of $446,985.00 remaining in the Concordia Chase Bank Account to the sender.

23. I, pursuant to: (i) 6/1/21 Blockchain Email and Confirmation Letter; (ii) the 6/1/21 Text Chain; (iii) the 6/13/21 Text Chain; and (iv) the 6/23/21 Text Chain, believed that the $825,000.00 Wire Transfer, the execution of the $369,000.00 Cashier's Check from the Dream Chase Bank Account, the deposit of the $369,000.00 Cashier's Check in the Dream Wells Fargo Account and the $369,000.00 Wire Transfer were in good faith in the usual course of business and in exchange for the Concordia Consideration, and not a result of any fraudulent transfers.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 26, 2023
Fairfax, VA

_____
CYNTHIA E. CONCORDIA

Subscribed and sworn to before me this
26 day of September, 2023

_____
NOTARY PUBLIC

ALEXANDER DEERAN KRIKORIAN
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
Registration #: 7797414
Expires 08/31/2026