```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FDIC as Receiver for SIGNATURE
BRIDGE BANK                                    :

                                               :    ORDER
                Plaintiff,                          23 Civ. 7222 (LTS) (GWG)
                                               :
    -v.-
                                               :

CYNTHIA E. CONCORDIA et al.,                   :

                                               :
                Defendants.
-------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

On May 3, 2024, plaintiff filed a letter requesting that the Court order defendants to produce all documents responsive to plaintiff's first set of document requests. See Letter, filed May 3, 2024 (Docket # 30), at 4. Under paragraph 2.A of this Court's Individual Practices, a party is required to respond to an opposing party's request for relief within two business days. Because plaintiff's request was filed on May 3, 2024, defendants were required to file a response by May 7, 2024. Defendants failed to file a response by the deadline and thus, the Court considers plaintiff's request to be unopposed. Additionally, the plaintiff's letter reflects that defendants' counsel refused to set a time to meet and confer within one business day as required by paragraph 2.A of the Court's Individual Practices.

Accordingly, it is hereby ORDERED that on or before May 15, 2024, defendants shall produce all documents responsive to plaintiff's first set of document requests and shall use the plaintiff's proposed search terms, date range and discovery protocol. Any objections except as to privilege are overruled Any failure to comply with this Order may result in sanctions as permitted by Fed. R. Civ. P. 37(b)(2)(A), including but not limited to entry of a default judgment and/or a finding of contempt. .

SO ORDERED.

Dated: May 8, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge