UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FDIC AS RECEIVER FOR SIGNATURE
BRIDGE BANK.,,                                              :

          Plaintiff,                    :              ORDER
   -v.-

                                  :         23 Civ. 7222 (LTS) (GWG)

CYNTHIA E. CONCORDIA and DREAM TO
RISE LLC,                                                  :

          Defendants.                   :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The date of the final pretrial conference before Chief Judge Swain, currently scheduled for Friday, February 13, 2026, per Docket # 49, is hereby adjourned to Friday, May 15, 2026, at 11:00 a.m. The provisions of Docket # 49 otherwise remain in effect.

      SO ORDERED.

Dated:  January 21, 2026
       New York, New York

                                     _____
                                GABRIEL W. GORENSTEIN
                                United States Magistrate Judge